# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**TIMMY ATKINSON**

     vs.                                  **CASE NUMBER:   8:07-CV-1019**
                                                         **(FJS)**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

_____

**Decision by Court.**  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Commissioner's decision is AFFIRMED and Plaintiff's complaint is DISMISSED. Judgment is hereby entered in favor of the Defendant.

All of the above pursuant to the Order of the Honorable Senior United States District Judge Frederick J. Scullin, Jr. dated the 5th day of August, 2011.

DATED: August 5, 2011

Clerk of Court

_____
        s/
Melissa Ennis
Deputy Clerk